UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY BURNS,

        Petitioner,

v.

        Case Number: 06-cv-14840
        Honorable Paul D. Borman
        Magistrate Judge Donald A. Scheer

C. EICHENLAUB,

        Respondent.
_____/

## OPINION AND ORDER GRANTING PETITIONER'S MOTION TO EXPEDITE GOVERNMENT'S RESPONSE TIME TO PETITIONER'S PETITION FOR WRIT OF HABEAS CORPUS

On October 26, 2006, Petitioner Gregory Burns, acting *pro se*, filed a petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254. On November 1, 2006, this Court issued an order requiring Respondent to respond to Petitioner's petition by May 1, 2007. Petitioner is a federal prisoner challenging the loss of good conduct time credits. Before the Court now is Petitioner's Motion to Expedite Government's Response Time. In that motion, Petitioner is requesting that the Court modify its order and direct an earlier response.

Petitioner is incarcerated in the Federal Correctional Institution in Milan, Michigan. He is scheduled to be released on April 22, 2007. On that basis, the Court finds that his claim would be moot if the matter is not addressed in a more expedient manner.

Accordingly, the Court **GRANTS** Petitioner's Motion to Expedite the Government's Response Time. Respondent shall file a responsive pleading thirty days from the date of this order.

R. Steven Whalen
United States Magistrate Judge

Date: 12/14/06